Submitted January 30, affirmed February 25, 2009

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSEPH DALE JOHNS,
*Defendant-Appellant.*

Multnomah County Circuit Court
060733995; A135593

203 P3d 300

Peter Gartlan, Chief Defender, and Stephanie Hortsch, Deputy Public Defender, Legal Services Division, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Karla H. Ferrall, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Chief Judge, and Carson, Senior Judge.

PER CURIAM

Affirmed. *State v. Jones*, 223 Or App 611, 196 P3d 97 (2008).